# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONN FREDERICK SMITH & LORETTA K. SMITH,<br><br>              Plaintiffs,<br><br>     v.<br><br>HSBC BANK OF USA, National Association of Trustee on Behalf of Citigroup SHL1 and as Trustee for Citibank Global Markets, and REGIONS BANKS aka REGIONS FINANCIAL CORP.,<br><br>              Defendants. | CASE NO. 1:11-cv-00398-LJO-SMS<br><br>ORDER DENYING PLAINTIFF VONN FREDERICK SMITH'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING PLAINTIFF TO FILE NEW IFP APPLICATION<br><br>(Doc. 4) |

      By a motion filed March 8, 2011, Plaintiff Vonn Frederick Smith sought to proceed *in forma pauperis*. Plaintiff submitted an incomplete declaration that is not sufficient to make the showing required by 28 U.S.C. § 1915(a). First, Plaintiff specified income from "other sources" but failed to disclose the amount of that income or its source. Plaintiff also implied that he is unemployed but did not so state. Finally, Plaintiff disclosed a single expense for electricity but disclosed no other expenses.

      Accordingly, the Court DENIES Plaintiff's motion to proceed *in forma pauperis* and directs Plaintiff to submit within thirty days a new application disclosing full information regarding income and expenses.

IT IS SO ORDERED.

**Dated:   March 11, 2011**            /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE