# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONN FREDERICK SMITH & LORETTA K. SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> HSBC BANK OF USA, National Association of Trustee on Behalf of Citigroup SHL1 and as Trustee for Citibank Global Markets, and REGIONS BANKS aka REGIONS FINANCIAL CORP., <br><br> Defendants. | CASE NO. 1:11-cv-00398-LJO-SMS <br><br><br> ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* <br><br><br><br><br><br> (Doc. 7) |

By a motion filed April 6, 2011, Plaintiff Loretta K. Smith seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

**Dated:    April 8, 2011**              /s/ Sandra M. Snyder
                                                                  UNITED STATES MAGISTRATE JUDGE

1