# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONN FREDERICK SMITH and LORETTA K. SMITH, | CASE NO. 1:11-cv-00398-LJO-SMS |
| Plaintiffs, | |
| v. | ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO FOLLOW A COURT ORDER |
| HSBC BANK OF USA, et al., | |
| Defendants. | (Doc. 11) |

On April 19, 2011, this Court dismissed Plaintiffs' Complaint for failure to state a claim. The April 19, 2011 Order granted Plaintiffs leave to file an Amended Complaint on or before May 23, 2011. In the event that Plaintiffs failed to timely file an Amended Complaint, the case was to be dismissed with prejudice.

Plaintiffs having failed to file an Amended Complaint on or before May 23, 2011, it is hereby ORDERED that this case be dismissed with prejudice for failure to follow a Court order.

IT IS SO ORDERED.

Dated:   May 24, 2011                           /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE